■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. MICHAEL GLADDEN, Appellant, v THOMAS GRIFFIN, Respondent. [49 NYS3d 920]—In a proceeding pursuant to CPLR article 70 for a writ of habeas corpus, the petitioner appeals from a judgment of the Supreme Court, Kings County (Ingram, J.), entered November 13, 2015, which, without a hearing, denied the petition and, in effect, dismissed the proceeding.

Ordered that the judgment is affirmed, without costs or disbursements.

The contentions raised by the petitioner in support of habeas corpus relief could have been raised on his direct appeal from the judgment of conviction or in a motion pursuant to CPL 440.10. Accordingly, the Supreme Court properly determined that the requested relief was inappropriate (*see People ex rel. Franza v Connolly*, 140 AD3d 803, 803-804 [2016]; *People ex rel. Johnson v Graham*, 67 AD3d 1452, 1453 [2009]; *People ex rel. Curry v Girdich*, 290 AD2d 912, 913 [2002]). Balkin, J.P., Austin, Sgroi and LaSalle, JJ., concur.